UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
~~SUPERIOR COURT OF THE DISTRICT OF COLUMBIA~~
Civil Division - Landlord and Tenant Branch

Quality Management, L.L.C
    Plaintiff                                 Civil Action No. 07-1009

v.                                             ~~LT 14591-07~~

TIME AND PLACE WORLD, L.L.C.
    Defendant      712 Prince Street
                          Alexandria, VA 22314

**NOTICE OF AND GROUNDS TO REMOVE ACTION TO FEDERAL COURT**

COMES NOW THE DEFENDANT, by counsel who notices this Honorable Court to remove this action to the United States District Court for the District of Columbia on the grounds of diversity of citizenship and amount.

1. Jurisdiction is based upon Diversity of Citizenship and Amount 28 U.S.C. §1332.

2. Removal is permitted under 28 U.S.C. §1441, <u>et seq</u>.

3. Defendant is a Virginia Limited Liability Company with principal address at 712 Prince Street, Alexandria, Virginia 22314.

4. Plaintiff is a Maryland Limited Liability Company whose principal offices are located at 3412 Auchentoroly Terrace, Baltimore, MD 21217.

5. The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000).

6. The amount in controversy is based upon following factors:

    A. The monthly rent for the leasehold is $7,400.

    B. The controversy involves whether, lease has expired or not. If it has not, then the value of the leasehold interest computed by the value of the lease is $133,000.

    C. Tenant has filed counterclaims asserting damages for early lease termination.

    D. Tenant currently provides temporary occupancy to others in the leased

premises and charges $400-500 per night.

E. Should the lease be cut short tenant would stand to lose income of up to $449,000 up to January 31, 2008, and if renewed up to $1,310,850.

F. Defendant has commitments for $40,000 of receipts accrued for periods through the term of the lease.

G. Tenant expended $150,000 in leasehold improvements which would be lost if the lease were terminated early.

7. Appended is Defendant's answer and counterclaim (which is incorporated by reference herein) in which it has requested damages of $549,000 plus costs and attorney's fees.

8. Attached hereto is the filing fee for Federal Court in the sum of $350.00.

Respectfully submitted,
Time & Place World, LLC
By Counsel

_____
John F. Rodgers (Bar No. 295824)
510 King Street, Suite 301
Alexandria, VA 22314
(703) 684-2000
Counsel for Defendant/Counter-Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Pleading was served on Joshua Greenberg, Greenstein Delorme and Luchs, PC, 1620 L Street, NW, #900, Washington, DC 20036. By first class mail postage prepaid this 1st day of June, 2007.

_____
John F. Rodgers
Counsel for Defendant

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Quality Management, LLC | Time & Place World, LLC |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  888888<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  888888<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN)<br>John F. Rodgers<br>510 King Street, Suite 301<br>Alexandria, VA 22314<br>(703) 684-2000 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
● 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ● 2 | ● 2 | Incorporated and Principal Place of Business in Another State | ● 5 | ● 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**
☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

○ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)**  OR  ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☒ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ● 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Eviction, wrongful eviction. 28 USC 1441

**VII. REQUESTED IN COMPLAINT** ☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 500000    Check YES only if demanded in complaint
JURY DEMAND:    YES ☒    NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 6/1/07    SIGNATURE OF ATTORNEY OF RECORD [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division - Landlord and Tenant Branch

Quality Management, L.L.C
    Plaintiff

v.   LT 14591-07

TIME AND PLACE WORLD, L.L.C.
    Defendant

ANSWER AND COUNTERCLAIM

ANSWER

Defendant denies the allegations in the Complaint to the extent there are any allegations in the Complaint.

AFFIRMATIVE DEFENSES

1. Laches.

2. Estoppel.

3. Accord and Satisfaction.

4. Prior breach of contract in the landlord used self-help to take over part of leased space.

5. License.

6. Fraud.

    A. When Defendant rented the space he relied upon certain assurances by Plaintiff in formation of the contract that the lease continued until 2008 and that he would have use of certain rooms in the space on an as needed basis and Tenant would be permitted to post a sign outside of the building.

    B. Plaintiff has not abided by these terms.

## COUNTERCLAIM
## COUNT 1 - BREACH OF LEASE

1. Defendant- Counter/Plaintiff is a Virginia limited liability company with offices and space located at 1020 16th Street, NW, Washington, DC, 20036 (herein "Tenant")

2. Plaintiff- Counter/Defendant is the owner of 1020 16th Street, NW, Washington, DC 20036 (herein "Landlord").

3. Plaintiff-Counter/Defendant (herein called "Landlord") and Plaintiff (herein called "Tenant") entered into a lease dated February 26, 2004.

4. On or about April, 2006, Landlord in violation of the lease and DC Law removed Plaintiff's belongings and barred plaintiff from using the conference room as stipulated in the lease and removed signage of Tenant without securing a Court order. Said violation has been on-going since April, 2006.

5. On May 1, 2006 and again on May 15, 2006, Tenant informed landlord of the violation in writing.

6. Tenant withheld a portion of its rents at that time, and kept them available should the breach be cured.

7. On or about January 6, 2007, Landlord wrote to tenant and asked about the back rents.

8. On or about January 8, 2007, Tenant responded to landlord with copies of earlier letters.

9. On or about February 9, 2007, in retaliation for Tenant's objections to landlord's self-help breach of the lease and DC laws, landlord's agent wrote to Tenant informing tenant that the lease would be expiring on February 28, 2007 and demanded that Tenant vacate the premises.

10. Tenant responded that the lease would not expire on that date but a year later and that

Landlord was in violation of the lease and said violations have not been rectified.

11. Tenant is has since March 1, 2007 paid rent in excess of the amount due because of Landlord's intentional breach of the lease in the amount $ 2,000 per month.

12. Landlord cannot enforce the terms of the lease while Landlord is in breach of the terms of the lease.

## COUNT II - FRAUD

13. Landlord made certain assurances to tenant both verbally and in writing in the formation of the lease namely that the lease would run to February, 2008 and that the tenant would be permitted to use certain space in the building and to post a sign outside of the building.

14. Tenant relied upon these assurances in the formation of the contract.

15. Tenant is in the business of providing luxury temporary lodging to persons.

16. Tenant is paid by customers at a rate of $400-500 per night per room rented.

17. Tenant expended $150,000 in lease improvements which will be lost upon eviction.

18  Tenant has leased several apartments already and stands to lose $49,000 in accrued income.

19. As a result of said fraud, tenant will be damaged in the sum of Four Hundred and Forty-nine Thousand Dollars ($449,000).

WHEREFORE PLAINTIFF PRAYS that this Honorable Court will:

    1. Deny Plaintiff the relief granted.

    2. Award Counter-Plaintiff damages of $549,000.

    3. Award Counter-Plaintiff attorneys fees and costs of suit

_____
John F. Rodgers (DC Bar No. 295824)
510 King Street, Suite 301
Alexandria, VA 22314
(703) 684-2000
Counsel for Defendant/Counter Plaintiff

## JURY DEMAND

A jury trial is demanded by Defendant.

Respectfully submitted,
Time and Place World LLC
By Counsel

_____
John F. Rodgers (DC Bar No. 295824)
510 King Street, Suite 301
Alexandria, VA 22314
(703) 684-2000
Counsel for Defendant/Counter Plaintiff

## VERIFICATION

State of Virginia
City/County of Alexandria : ss

I, T. Mitchell Willey, Manager of Time & Place World, L.L.C, being duly sworn do hereby testify and affirm that the allegations above are true correct and accurate to the best of my knowledge and belief.

_____
T. Mitchell Willey

Subscribed and sworn before me a Notary Public, in and for the jurisdiction aforesaid, by T. Mitchell Willey as manager of Time & Place World, L.L.C., this 27 day of May, 2007.

_____
Notary Public - Virginia
My commission expires: 1/31/09

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Answer and Counterclaim was served on Greenstein and Luchs, PC, 1620 L Street, NW, Suite 900, Washington, DC 20036 by hand/first class mail postage prepaid this 1st day of June, 2007.

_____
John F. Rodgers
Counsel for defendant

**COPY**

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION, LANDLORD AND TENANT BRANCH
BLDG. B, 409 E STREET N.W., RM. 110
Washington, D.C. 20001   Telephone 879-1152

LANDLORD & TENANT FORM 1
HOURS:
8:30 a.m. - 5:00 p.m.
Saturday: 9:00 a.m. - 12:00 p.m.

L&T. 014591-07

014591 07

| Quality Mgt., LLC | vs. | Time & Place World, LLC |
|---|---|---|
| Plaintiff/Landlord | | Defendant/Tenant |
| 1020 16th Street, N.W., Suite 100 | | 1020 16th Street, NW, 6th Floor, 7th Floor, Basement |
| Address | | Address |
| Washington, D.C.   20036 | | Washington, D.C.   20036 |
| Zip Code | | Zip Code |

## COMPLAINT FOR POSSESSION OF REAL ESTATE

DISTRICT OF COLUMBIA, ss:

Charlotte Ingram, being first duly sworn, states: ☐ he or she is the landlord and/or ☐ licensed real estate broker or ☒ the landlord's authorized agent of the house, apartment or office located at 1020 16th Street, N.W., 6th Floor, 7th Floor, Basement, Washington, D.C. 20036

The property is in the possession of the defendant, who holds it without right.
The landlord seeks possession of the property because:

A. ☐ The tenant failed to pay: $_____, total rent due from _____ to _____; $_____,
late fees; and/or $_____, other fees (Specify) _____
The monthly rent is $_____. The total amount due to the landlord is $_____.
Notice to quit has been: ☐ served as required by law ☐ waived in writing.

B. ☐ Tenant failed to vacate property after notice to quit expired. (copy attached).

C. ☒ For the following reason: (explain fully)
Tenant failed to vacate upon expiration of lease.

Notice to quit is: ☒ not required ☐ waived in writing ☐ other

Therefore, the landlord asks the Court for:
☒ judgment for possession of the property described.
☐ judgment for rent, late fees, other fees and costs in the amount of $_____.
☒ an order of the Court that all future rent be paid into the Registry of the Court until the case is decided.

_Charlotte Ingram_
Plaintiff/Landlord or Agent

Subscribed before me this 8th day of May 2007

_Crystal Segedy_
Notary Public

My Commission expires 08/16/2010

## SUMMONS — TO APPEAR IN COURT

YOU ARE HEREBY SUMMONED AND REQUIRED TO APPEAR ON JUN - 1 2007, AT 9:00 A.M. PROMPTLY, in Landlord and Tenant Court, Courtroom Bldg. B, 409 E Street N.W. to answer your landlord's complaint for possession of the premises listed in the above complaint. If you live on the premises and you are not named as a tenant you must come to court if you claim a right to possession of the premises.

## CONVOCATORIA — DE COMPARENCIA AL TRIBUNAL

A USTED SE LE ORDENA Y EXIGE QUE COMPAREZCA EL JUN - 1 2007, A LAS 9:00 A.M. al Tribunal de Arrendadores y Arrendatarios, Edificio B, 409 E Street N.W. a contestar la demanda entablada por ocupacion de la propiedad aqui citada. Si usted vive en esa propiedad sin que se le mencione como inquilino, debe presentarse al Tribunal para reclamar cualquier derecho de ocupacion que tenga sobre la misma.

GREENSTEIN DELORME & LUCHS, P.C.

Plaintiff's/Landlord's Attorney Joshua M. Greenberg/Abrielle B. Anderson
Abogado del demandante/Arrendador

1620 L St., NW, #900, WDC 20036
Address/Direccion   Zip Code/Codigo postal

(202) 452-1400.   489323/501203
Phone No / Telefono   Unified Bar No. / No. de afiliacion Sociedad de Abogados

CLERK OF THE COURT
SECRETARIO DEL TRIBUNAL

Costs of this suit to date are
Costos del jucio hasta la fecha
$ 26.90