CO-386-online
10/03

# United States District Court
# For the District of Columbia

Quality Management, LLC )
)
)
)
vs        Plaintiff )
)
Time & Place World, LLC )
)
)
Defendant )

Civil Action No._____

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Time & Place World, LLC  certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of  Time & Place World, LLC  which have

any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

295824
_____
BAR IDENTIFICATION NO.

John F. Rodgers
_____
Print Name

510 King Street, Suite 301
_____
Address

Alexandria, VA 22314
_____
City       State       Zip Code

(703) 684-2000
_____
Phone Number