UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| QUALITY MANAGEMENT, LLC, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 07-1009 (RWR) |
|  | ) | |
| TIME & PLACE WORLD, LLC, | ) | |
|  | ) | |
| Defendant. | ) | |

## ORDER TO SHOW CAUSE

On June 5, 2007, the defendant filed a Notice of Removal in this court which asserts that jurisdiction is proper based upon diversity of citizenship pursuant to 28 U.S.C. § 1332. However, the remedy sought in the plaintiff's complaint fails to satisfy the amount in controversy requirement of § 1332(b). Accordingly, it is hereby

**ORDERED** that the defendant show cause in writing by October 2, 2007 why the action should not be remanded to the Superior Court of the District of Columbia for lack of subject matter jurisdiction.

SIGNED this 18th day of September, 2007.

_____/s/_____
RICHARD W. ROBERTS
United States District Judge